**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0194-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **DONTAE DANIEL HINES**,

    Defendant.

---

### ORDER DETERMINING COMPETENCY AND COMMITTING DEFENDANT

---

This matter is before the Court on the parties' October 3, 2013 Notice to Court regarding the Defendant's competency. (ECF No. 21.) The Notice provides that counsel for both parties have reviewed the Psychiatric Report prepared by Dr. Susan Bograd, M.D., and "neither party has any objection to the findings set out" therein. (ECF No. 21.) The parties ask the Court to "adopt the findings set out in Dr. Bograd's report and find that Mr. Hines is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." (*Id.*)

The determination of mental competency of a defendant in a criminal case is governed by 18 U.S.C. § 4241, as codified and construed. In accordance with the governing law, the Court hereby FINDS as follows:

    1.    On August 28, 2013, the Court granted Defendant's Unopposed Motion for Determination of Competency. (ECF No. 18.)

2. Pursuant to the Court's Order, and in accordance with 18 U.S.C. § 4247(b), Forensic Psychiatrist Dr. Susan Bograd, M.D., conducted a psychological examination of the Defendant.

3. On September 30, 2013, this Court received the results of Dr. Bograd's competency examination. (ECF No. 19.) This Psychiatric Report includes the information, diagnosis, and opinions required pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4). As requested by the parties, the Court hereby approves, adopts, and incorporates Dr. Bograd's findings, diagnoses, and opinions.

4. The Court FINDS, by preponderance of the evidence, that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (*See* ECF No. 19 at 16.) Therefore, the Defendant is not presently competent to proceed. See 18 U.S.C. § 4241(d).

5. Pursuant to the provisions of 18 U.S.C. § 4241(d)(1), the Defendant must be committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

6. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings should be excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c).

In light of these findings, the Court ORDERS as follows:

1. Defendant Dontae Daniel Hines is DECLARED incompetent to proceed at this time;

2. Pursuant to the provisions of 18 U.S.C. § 4241(d)(1), the Defendant is committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for such a reasonable period of time, not to exceed four months from the date of this Order (February 4, 2014), as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed;

3. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(c);

4. **No later than January 31, 2014,** the parties shall file a Status Report stating their position with regard to how this case should proceed;

5. The United States Marshal for the District of Colorado is authorized and directed to transport the Defendant to the Federal Bureau of Prisons, Federal Correctional Institution, Englewood, Colorado 80123, for placement by the Bureau of Prisons in a suitable facility for hospitalization and treatment as provided in this Order.

Dated this 4th day of October, 2013.

BY THE COURT:

William J. Martinez
United States District Judge