**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 13-cr-00194-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **DONTAE DANIEL HINES**,

    Defendant.

## ORDER FOR COMPETENCY RE-EVALUATION

Before the Court is Defendant's Status Report (ECF No. 24) seeking a re-evaluation of Defendant's competency to stand trial, to which the Government does not object. The Court has reviewed the Status Report and the record, and grants the request for re-evaluation for the following reasons:

On October 4, 2013, this Court committed Defendant Hines to the custody of the Attorney General for hospitalization, to see if Mr. Hines could attain the capacity to permit the trial in this matter to proceed. (ECF No. 22 at 2). Mr. Hines remains in the custody of the Attorney General at the federal medical facility located in Springfield, Missouri (MCFP Springfield), and his treating physician is Dr. Pitz.

The Constitution forbids the trial of a defendant who lacks mental competency. *Indiana v. Edwards*, 554 U.S. 164, 170 (2008). The Court may order a competency hearing "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the

extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). The test for competency to stand trial asks whether a defendant "has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding—and whether he has a rational as well as factual understanding of the proceedings against him." *United States v. Mackovich*, 209 F.3d 1227, 1232 (10th Cir. 2000) (quotations omitted); *see also Drope v. Missouri*, 420 U.S. 162, 171 (1975) ("It has long been accepted that a person whose mental condition is such that he lacks the capacity to understand the nature and object of the proceedings against him, to consult with counsel, and to assist in preparing his defense may not be subjected to a trial."); *United States v. Deshazer*, 554 F.3d 1281, 1286 (10th Cir. 2009).

It has been three months since this Court found Defendant Hines incompetent to proceed and as such reasonable cause exists under 18 U.S.C. § 4241(d) to order another competency evaluation in order to ascertain (1) If Mr. Hines has recovered to such a degree that he is now able to understand the nature and consequences of the proceedings against him, and have the ability to properly assist in his defense; (2) If Mr. Hines has not fully recovered, whether there is a substantial probability that within an additional reasonable period of time he will attain the capacity to permit the proceedings to move forward; or (3) whether Mr. Hines is incapable of attaining the necessary mental capacity to permit the proceedings to continue.

Accordingly, the Court hereby ORDERS as follows:

The Warden of MCFP Springfield is hereby DIRECTED to prepare and file a Status Report with this Court **on or before February 28, 2014** stating his or her professional opinion as to whether:

1. Mr. Hines has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense; or

2. Although Mr. Hines has not fully recovered to date, the Warden believes there is a substantial probability that within an additional reasonable period of time Mr. Hines will attain the capacity to permit the proceedings to go forward, specifically indicating the length of that period of time; or

3. The Warden is of the view that Mr. Hines is not capable of being fully restored to the capacity necessary to permit these proceedings to go forward.

It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order to the Warden of MCFP Springfield at the below address:

Warden Linda Sanders
MCFP SPRINGFIELD
Federal Medical Center
P.O. Box 4000
Springfield, MO 65801
Regarding Dontae Daniel Hines 39651-013

Dated this 5th day of February, 2014.

BY THE COURT:

William J. Martinez
United States District Judge