IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 13-cr-00194-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONTAE DANIEL HINES,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 25th day of June 2014.

BY THE COURT:

_____
William J. Martínez, Judge

_____    _____
Attorney for Government    Attorney for Defendant