Case 1:13-cr-00194-WJM-MEH   Document 86   Filed 10/24/14   USDC Colorado   Page 1 of 4

Case 1:13-cr-00194-WJM-MEH   Document 86   Filed 10/24/14   USDC Colorado   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: October 24, 2014 |
| Court Reporter: Gwen Daniel | Probation: Justine L. Kozak |

_____

Criminal Action No. 13-cr-00194-WJM      *Counsel:*

UNITED STATES OF AMERICA,                Jeremy Sibert
                                         Geoffrey Rieman
    Plaintiff,

v.

DONTAE DANIEL HINES,                     Matthew Belcher
                                         Timothy O'Hara
    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

09:02 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Sibert

Sentencing Statement by Mr. Belcher

Argument/Discussion

1

**ORDERED:   Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 [78] is GRANTED IN PART.**

Defendant's Allocution

The Government objects to the Court's proposed sentence.

Argument by Mr. Sibert

**ORDERED:   The Government's oral objection to the Court's proposed sentence is OVERRULED.**

The defense requests the Court recommend placement at a facility in Colorado.

> The Defendant was found guilty by a jury to the three-count Indictment on June 25, 2014.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Dontae Daniel Hines, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months on Counts 1 and 2, to be served concurrently; to be followed by a custodial sentence of 60 months on Count 3 to be served consecutive to the sentences imposed on Counts 1 and 2, for a total period of incarceration of 72 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends to the director of the Bureau of Prisons that the defendant be placed in an institution suitable to his security designation within the District of Colorado.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of three years, to be served concurrently on all three counts.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in**

**18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.**

3. **The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating health care provider. The defendant shall cooperate with random blood tests as requested by his treating health care provider and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.**

4. **The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days to commence upon release form custody and shall observe the rules of that facility. The defendant may be released from the Residential Reentry Center early with the permission of his Probation Officer if he secures a suitable residence.**

      **5.**    **The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include displaying gang paraphernalia.**

**ORDERED:**  **The Special Assessment fee of $300.00 is imposed, due and payable immediately.**

**ORDERED:**  **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and the sentence imposed.

**ORDERED:**  **Defendant is REMANDED to the custody of the U.S. Marshal.**

10:22 a.m.    Court in Recess
                 Hearing concluded
                 Time: one hour and 20 minutes